UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Danny Lee Wilkerson, | ) | C/A No.  8:10-1248-JFA-JDA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| Director Ed McCrory; Officer Joe Gladney; | ) | |
| and Nurse Lieutenant Teresa Lawson, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The *pro se* plaintiff, Danny Lee Wilkerson, brings this action pursuant to 42 U.S.C.

§ 1983 alleging that his constitutional rights were violated when he was a pretrial detainee

in the custody of the Fairfield County Detention Center.  Specifically, the plaintiff claims that

defendant Gladney assaulted him and that he suffered herniated discs.  Plaintiff also contends

that defendants McCrory and Lawson's denial of a neck brace for security reasons was a

violation of plaintiff's constitutional rights.  He seeks money damages in the amount of $70

million.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and

Recommendation and opines that the motion for summary judgment[2] filed by defendants

_____

[1]  The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02.  The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b)(1).

[2]  An order was issued pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) notifying plaintiff of the summary dismissal procedure and possible consequences if he failed to adequately respond to the motion for summary judgment.  Plaintiff responded to the motion after the court issued an order inquiring

1

McCrory and Lawson should be granted.[3]  The Report sets forth in detail the relevant facts

and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and

Recommendation, which was entered on the docket on April 13, 2011.  However, the

plaintiff failed to file any objections.  In the absence of specific objections to the Report of

the Magistrate Judge, this court is not required to give any explanation for adopting the

recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Magistrate Judge properly opines that the plaintiff has failed to show that

defendants McCrory and Lawson were deliberately indifferent to plaintiff's need for medical

care and that plaintiff's medical care was adequate.

Plaintiff's motion for summary judgment contends that these defendants denied him

a cervical traction neck brace, in violation of his constitutional rights.  However, defendants

McCrory and Lawson denied plaintiff the neck brace because it posed a security threat to the

plaintiff and other inmates.

The Magistrate Judge also properly concludes that plaintiff's claim against defendant

McCrory (regarding the incident with defendant Gladney) based on the theory of supervisory

liability fails because there is no doctrine of respondeat superior in § 1983 claims.  *Monell*

*v. Dep't of Soc. Servs. of City of New York*, 436 U.S. 658, 691–94 (1978).

Finally, the Magistrate Judge concludes that defendant Gladney, in his response in

---

as to whether he wished to continue to prosecute the action.

[3] Defendant Joe Gladney did not file a motion for summary judgment.  He did, however, file a response in opposition to the plaintiff's motion for summary judgment.

opposition to plaintiff's motion for summary judgment, has demonstrated that a genuine issue

of material fact remains for trial as a result of their competing versions of facts with regard

to the alleged use of force by defendant Gladney.

After carefully reviewing the applicable laws, the record in this case, and the Report

and Recommendation, this court finds the Magistrate Judge's recommendation fairly and

accurately summarizes the facts and applies the correct principles of law.  The Report is

incorporated herein by reference.

Accordingly, defendant McCrory and Lawson's motion for summary judgment (ECF

No. 40) is granted.  Plaintiff's motion for summary judgment (ECF No. 39) is denied.  This

case shall be returned to the Magistrate Judge for further proceedings as to defendant

Gadney.

IT IS SO ORDERED.

June 9, 2011                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge

3